UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.08-22983-CIV-GOLDBERG

LARRY JACKSON,

Plaintiff,

vs.

CITY OF MIAMI, ET AL.,

Defendants.
_______________________________/

**FINAL JUDGEMENT**

In accordance with the verdict rendered by the jury in this matter, it is

**ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendants, City of Miami, et al., and that the Plaintiff, Larry Jackson shall recover nothing.

All pending motions are DENIED AS MOOT. This case is CLOSED.

The Court reserves jurisdiction to address any appropriate motions for costs and/or attorney fees.

DONE AND ORDERED, in Miami, Florida, this 17th day of February, 2011.

RICHARD W. GOLDBERG
UNITED STATES JUDGE

cc: Counsel of Record